STATE OF NEW JERSEY v. DAVID MAURICE EVANS.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HECTOR MARTINEZ.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID R. TAYLOR.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDOLPH CASEY.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED COSTANZO.

June 3, 1986.

Petition for certification denied.